# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| MARY L. HARE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 05-0397-CV-W-FJG-SSA |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner, Social Security | ) |
| Administration | ) |
| | ) |
| Defendant. | ) |

# ORDER

Currently pending before the Court is plaintiff's Application for Attorney Fees Pursuant to The Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. (Doc. #13). Plaintiff has requested reimbursement in the amount of $ 2,756.81 for attorney fees which represents 18.85 hours at the rate of $146.25 per hour. Defendant has no objection to the payment of fees and expenses in this amount.

Accordingly, it is hereby **ORDERED** that plaintiff's application for attorney fees is **GRANTED** and counsel shall be awarded payment of $ 2,756.81 in attorney fees, payable to the Law Offices of Daniel A. Parmele.


Date: February 15, 2006  
Kansas City, Missouri

**S/ FERNANDO J. GAITAN JR.**  
Fernando J. Gaitan Jr.  
United States District Judge